IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
JULIUS M. ENGEL, BAR NO. 8057.

No. 81768 **FILED**

NOV 05 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER GRANTING MOTION TO FILE LATE RESPONSE, IMPOSING
RECIPROCAL DISCIPLINE,
AND DISBARRING ATTORNEY*

This is a petition for reciprocal discipline of attorney Julius M. Engel pursuant to SCR 114. On October 21, 2020, Engel moved for leave to file a late response to the petition. We grant this motion and direct the clerk to file the response Engel tendered with his motion. Engel is currently suspended from the practice of law in Nevada and has not sought reinstatement. *In re Discipline of Engel*, Docket No. 73119 (Order Imposing Reciprocal Discipline, Oct. 24, 2017).

The record establishes that Engel has been disbarred from the practice of law in California. The documents submitted to this court from the California proceeding show that, while representing bankruptcy clients, Engel twice filed a defective payment plan resulting in the dismissal of his clients' bankruptcy petition. When he refiled the petition, he once again filed a defective payment plan and then failed to appear at two hearings, resulting again in the dismissal of his clients' bankruptcy petition. In responding to the California State Bar's inquiries, Engel falsely asserted that the bankruptcy petitions were dismissed because his clients failed to pay the bankruptcy trustee. Engel also accepted a client right before he was

SUPREME COURT
OF
NEVADA

(O) 1947A

20·40463

suspended in California and failed to inform the client of his suspension when she called after the suspension began, instead telling her he was working on her case. Additionally, he continued to advertise his legal services on his website and on the radio during his suspension. Lastly, he failed to comply with the notice requirements informing his clients and opposing counsel of his suspension and submitted a false statement to the California State Bar that he had complied with the notice requirement.

The California Hearing Department found Engel violated California Rule of Professional Conduct 3-110(A), similar to RPC 1.1 (competence); California Business and Professions Code § 6068(a) and § 6126, similar to RPC 5.5 (unauthorized practice of law); California Rules of Court 9.20(a), (e), similar to SCR 115 (notice of change in license status); and California Business and Professions Code § 6106, similar to RPC 8.4(c) (misconduct involving dishonesty, fraud, deceit or misrepresentation). "[A] final adjudication in another jurisdiction that an attorney has engaged in misconduct conclusively establishes the misconduct for the purpose of a disciplinary proceeding in this state." SCR 114(5).

The California Supreme court ordered Engel disbarred from the practice of law. SCR 114(4) provides that this court shall impose identical reciprocal discipline unless the attorney demonstrates, or this court finds, that one of four exceptions applies. We conclude that none of the four exceptions is present in this case. Thus, we grant the petition for reciprocal discipline.

Accordingly, attorney Julius M. Engel is hereby disbarred from the practice of law in this state. Engel and the State Bar shall comply with SCR 115 and SCR 121.1.

It is so ORDERED.

_Pickering_ , C.J.
Pickering

_Gibbons_ , J.
Gibbons

_Hardesty_ , J.
Hardesty

_Parraguirre_ , J.
Parraguirre

_Stiglich_ , J.
Stiglich

_Cadish_ , J.
Cadish

_Silver_ , J.
Silver

cc:   Bar Counsel, State Bar of Nevada
Julius M. Engel
Executive Director, State Bar of Nevada
Admissions Office, United States Supreme Court